# Order

**Michigan Supreme Court**
**Lansing, Michigan**

November 20, 2009

139586

In the Matter of RASHID ABDULLAH, Minor.

_____/

PEOPLE OF THE STATE OF MICHIGAN,
       Petitioner-Appellant,

v

RASHID ABDULLAH,
       Respondent-Appellee.

_____/

Marilyn Kelly,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman
Diane M. Hathaway,
Justices

SC: 139586
COA: 284905
Wayne CC Juvenile Division:
      07-465255-DL

On order of the Court, the application for leave to appeal the July 21, 2009 judgment of the Court of Appeals is considered. We direct the Clerk to schedule oral argument on whether to grant the application or take other peremptory action. MCR 7.302(H)(1). The parties may file supplemental briefs within 42 days of the date of this order, but they should not submit mere restatements of their application papers.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

November 20, 2009

_____
Clerk